GILBERT HAAS, Appellant, *v.* MAURICE WERTHEIM et al., Copartners under the Name of WERTHEIM & Co., Respondents.

Submitted July 20, 1943; decided July 20, 1943.

*Raphael H. Weissman* for motion.
No one opposed.
Motion denied, with leave to renew upon argument.